## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 62 MM 2018

                Respondent                  :

                                         :

                           v.                       :

                                         :

RYAN UNTERWERGER,                 :

                                         :

                Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2018, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.